UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

JUN - 7 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NO. 22-cv-14102

DONALD J. TRUMP

v.

HILLARY CLINTON, et al.

### JIMMY SMITH'S NOTICE OF APPEAL (Concerning Doc. 126)

Mr. Smith respectfully requests that this court take notice of his appeal. He is appealing the striking of his motion to intervene. (Doc.119)

**/s/ Jimmy Smith**

66 French Avenue

Brockton, Ma 02301

617-579-7449

**Certificate of Service**

I certify that I have delivered a copy of the within to the parties on this 2nd day of June, 2022 by causing this document to be docketed.

/s/ Jimmy Smith

Jimmy Jumpp
66 Francis Avenue
Brockton, MA 08301

BROCKTON MA 023
2 JUN 2022

Appeals
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

33128-180199