UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-14102-MIDDLEBROOKS

DONALD J. TRUMP,

    Plaintiff,

v.

HILLARY R. CLINTON, et al.,

    Defendants.

_____/

## ORDER STRIKING MOTION TO INTERVENE

THIS CAUSE comes before the Court on non-party Jimmy Smith's Motion to Intervene, filed on May 3, 2022. (DE 119). The Motion quotes language from Federal Rule of Civil Procedure 24, but it does not state who Jimmy Smith is or why he has any interest in this litigation. Accordingly, it is **ORDERED AND ADJUDGED** that Mr. Smith's Motion (DE 119) is **STRICKEN**.

**SIGNED** in Chambers at West Palm Beach, Florida this 5 day of May, 2022.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record