**U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT (CIP)**

U.S. COURT OF APPEALS
RECEIVED CLERK
JUN 24 2022
ATLANTA, GA

N _____ vs. Jimmy Smith _____ Appeal No. 22-11955

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

ABC Corporations 1 through 10, Kevin Clinesmith, Hillary R. Clinton, James Comey, DNC Services Corporation

Igor Danchenko, Democratic National Committee, Charles Halliday Dolan Jr., Marc Elias, Peter Fritsch,

Fusion GPS, HFACC, Inc., Rodney Joffe, John Does 1 through 10, Andrew McCabe, Robert E. Mook, Neustar, Inc.

Bruce Ohr, Nellie Ohr, Orbis Business Intelligence, Ltd., Lisa Page, Perkins Coie, LLC, John Podesta, Phillipe Reines

Debbie Wasserman Schultz, Glenn Simpson, Christopher Steele, Peter Strzok, Jake Sullivan, Michael Sussman,

United States Of America, Phillp Roy Mohler, Jimmy Smith, Donald J. Trump, Ticktin Law Group PA,

Habba Madaio & Associates LLP, Anthony Erickson-PogorzelskiUs Attorney'S Office, Latham & Watkins LLP, Colson Hicks Eidson

Levy Firestone Muse LLP, Fridman Fels & Soto, PLLC, Kaplan Hecker & Fink LLP, Gelber Schachter & Greenberg PA

Schertler Onorato Mead & Sears, LLP, Gibson, Dunn & Crutcher, LLP, Akerman LLP, Clifford Chance Us LLP, Fridman Fels & Soto, PLLC

Benjamin Peacock, Quilling Selander Lownds Winslett And Moser, Debevoise & Plimpton LLP, Weil Gotshal & Manges.....et al.

Rev.: 12/20

