# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14102-CV-MIDDLEBROOKS

DONALD TRUMP,

    Plaintiff,

v.

HILLARY CLINTON, et al.,

    Defendants.

_____/

## ORDER DENYING NON-PARTY JIMMY SMITH'S MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*

THIS CAUSE comes before the Court upon non-party Jimmy Smith's Motion for Permission to Appeal *In Forma Pauperis*, filed on June 24, 2022. (DE 193). For the reasons set forth below, the Motion is denied.

Applications to appeal *in forma pauperis* are governed by 28 U.S.C. § 1915 and Federal Rule of Appellate Procedure 24. A court of the United States may authorize a party to proceed *in forma pauperis* upon an affidavit of indigency. 28 U.S.C. § 1915(a); *see* Fed. R. App. P. 24(a)(1). An appeal, however, "may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); *accord* Fed. R. App. P. 24(a)(3)(A). A party who seeks appellate review of an issue does so in good faith if the issue is not frivolous from an objective standard. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). An *in forma pauperis* action is frivolous "if it is without arguable merit either in law or fact." *Napier v. Preslicka*, 314 F.3d 528, 531 (11th Cir. 2002). Alternatively, where a claim is arguable, but ultimately will be unsuccessful, it should be allowed to proceed. *See Cofield v. Ala. Pub. Serv. Comm'n*, 936 F.2d 512, 515 (11th Cir. 1991).

Here, Mr. Smith's appeal is patently frivolous. He states that his issue on appeal is that a "[m]otion for intervention can only be stricken by motion of a party." (DE 193). Not so. "A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.'" *Equity Lifestyle Prop., Inc. v. Fla. Mowing and Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2006) (quoting *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991)). This includes the authority to strike frivolous filings from the court record. Mr. Smith's Motion to Intervene was without any arguable merit; it did not state who he was or why he had any legally cognizable interest in this litigation, and it was therefore due to be stricken. As such, I find that there are no non-frivolous issues which Mr. Smith could potentially raise in an appeal.

Accordingly, it is **ORDERED** and **ADJUDGED** that non-party Jimmy Smith's Motion for Leave to Appeal *In Forma Pauperis* (DE 193) is **DENIED**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 1st day of July, 2022.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record

Jimmy Smith
60 French Avenue
Brockton, MA 02301