# THE TICKTIN LAW GROUP
*"The lawyers you want between you and your problems"*

Peter Ticktin
(561) 232-2222
PT@LegalBrains.com

*Electronically Filed*                                                                                                July 20, 2022

United States Court of Appeals
Eleventh Circuit
56 Forsyth Street NW
Atlanta, Georgia 30303

Re: *Smith, Jimmy*
**Case No.: 22-11955-J; District Court Docket No.: 2-22-cv-14102-DMMM**

Dear Clerk of Court:

    Please find the Plaintiff, DONALD J. TRUMP's, response to the letter, dated July 6, 2022, from the Clerk of Court of the United States Court of Appeals for the Eleventh Circuit.

    The issue of jurisdiction depends on the issue of whether the former United States Officers who are defendants in the underlying suit before the District Court. This is because the Appellant's Motion for Reconsideration, below, was filed on June 3, 2022, 29 days after the Order which denied the Motion to Intervene, which was rendered on May 5, 2022.

    As the Motion for Reconsideration was untimely, it did not toll the time for filing of the Notice of Appeal. Also, as the Notice of Appeal was filed 33 days after the order under review, the only way that this Court has jurisdiction is if Rule 4(a)(1)(B)(iv) applies. As some of the Defendants are former United States officer being sued in their personal capacities, that leaves only the issue of whether the acts occurred "in connection with duties performed on the United States' behalf."

    In this regard, the acts, themselves, had no relationship to the duties performed on the United States' behalf. However, they were done by at least some while in the course of exercising such duties. This is a gray area and should probably be resolved in favor of the Appellant.

    With this said, the undersigned takes no issue with the District Court's order, and believes it was appropriate.

    I trust that this is to your satisfaction.

                                                    Respectfully submitted,

                                                  /s/ *Peter Ticktin*

JS:ke
cc: All Attorney and/or Parties on case