UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 22-11955

IN RE: JIMMY SMITH

## APPELLANT SMITH'S
## RESPONSE TO JURISDICTIONAL QUESTION

Appellant Smith now responds to the jurisdictional question posed by this Court on July 6, 2022.

The issue is whether or not the appellant's notice of appeal was filed on time. As an initial matter, the appellant mailed his notice of appeal within 30 days but it was not received by the Clerk's office until after 30 days had expired. Nevertheless since The United States is a party to the action, no party was prejudiced, and appellant filed a motion for consideration, the appeal was timely. Rule 4(a)(1)(B) states that an appeal may be filed within 60 days if one of the parties is The United States. This is the case in this situation. Appellant also filed a motion under Rule 59 to alter or amend an order. Thus, appellant's motion was timely under Rule 4.

Respectfully submitted,

Jimmy Smith
66 French Avenue
Brockton, Ma 02301
617-579-7449
jsmith658@g.rwu.edu
/s/ Jimmy Smith

## CERTIFICATE OF SERVICE

I certify that, on the 20th day of July, 2022, I filed a copy of this Response via the Court's electronic filing system.

/s/ Jimmy Smith

-4-