IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 22-11955-J
_____

In re: JIMMY SMITH,

                                                  Interested Party-Appellant.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ORDER:

      Jimmy Smith's motion for leave to proceed *in forma pauperis* is DENIED because the appeal is frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i); *Pace v. Evans*, 709 F.2d 1428, 1429 (11th Cir. 1983).

                                                       /s/ Andrew L. Brasher
                                             UNITED STATES CIRCUIT JUDGE