# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 27, 2023

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 22-11955-J
Case Style: In re: Jimmy Smith
District Court Docket No: 2:22-cv-14102-DMM

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information             404-335-6100
New / Before Briefing Cases     404-335-6135
Cases in Briefing / After Opinion   404-335-6130
Cases Set for Oral Argument     404-335-6141
Capital Cases                   404-335-6200
Attorney Admissions             404-335-6122
CM/ECF Help Desk                404-335-6125


Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-11955-J

_____

In re: JIMMY SMITH,

                                                Interested Party - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Jimmy Smith has failed to pay the filing and docketing fees to the district court within the time fixed by the rules.

Effective January 27, 2023.

                                        DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                                FOR THE COURT - BY DIRECTION