UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

Court No 23-10387 and consolidated cases

TRUMP

v.

CLINTON

# MOVANT SMITH'S
# MOTION TO INTERVENE AND BE ADDED AS AN INTERESTED PARTY

Movant Smith now moves to intervene in this matter.

As an initial matter, Right of intervention under **Rule** 24 is ordinarily accorded under liberalized circumstances. See Miller v. Amusement Enterprises, Inc., 426 F.2d 534, 1970 U.S. App. LEXIS 9246 (5th Cir. 1970). Additionally, as Movant is Pro Se, my pleading must be construed liberally as well. See Humphrey v. Sec'y, U.S. Dep't of Homeland Sec., 597 F. App'x 571, 573 (11th Cir. 2014).

**MOVANT HAS STANDING**

Movant has an independent basis for subject matter jurisdiction[1]. Movant wishes to invoke Amendment

---

[1] "Motions to intervene require independent basis for subject matter jurisdiction, so that intervenor must demonstrate either federal claim or diversity; if intervenor lacks either one, he may demonstrate supplemental jurisdiction pursuant to 28 USCS § 1367, but court cannot exercise supplemental jurisdiction over nondiverse party if he seeks to intervene as plaintiff under FRCP 24 in claim based solely on diversity" See Sunpoint Sec., Inc. v. Porta, 192 F.R.D. 716, 13 Fla. L. Weekly Fed. D 251, 2000 U.S. Dist. LEXIS 5259 (M.D. Fla. 2000).

14, Section 3 to the United States Constitution. That section reads:

"No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability."

This is a claim or controversy arising under the constitution.

Plaintiff is a citizen of Massachusetts, Plaintiff and Defendant are citizens of states other than Massachusetts. Movant's claims against Plaintiff and Defendant are that they are barred from holding public office (although running for office may be allowed) and President Trump should be enjoined from even running and Clinton should be barred from running for office in the future.

President Trump engaged in an insurrection OR rebellion against the United States in the January 6th attacks on the Capitol.[The January 6 insurrection: Minute-by-minute | CNN Politics](#)  (Last visited 03/01/2023).

Secretary Clinton potentially gave aid to enemies by using her personal email account for official business which may have been hacked and secrets given to our enemies. The 14th Amendment does not say that the aid has to be willingly or with malicious intent. Thus, although it may not have the mens rea aspect of a crime, it still may bar her from holding public office. Additionally, she may have comforted other enemies by being aware that they were not targets at the time.

**MOVANT MEETS THE FOUR PART TEST**

"Four-part test for determining applications of right of intervention requires that applicant's motion be timely, that applicant assert interest relating to property or transaction which is subject of action, that applicant be so situated that without intervention disposition of action may as practical matter impair or impede ability to

2

protect interest, and that applicant's interest be inadequately represented by other parties" See. <u>Sagebrush Rebellion, Inc. v. Watt</u>, 713 F.2d 525, 20 Env't Rep. Cas. (BNA) 1290, 13 Envtl. L. Rep. 20928, 37 Fed. R. Serv. 2d (Callaghan) 473, 1983 U.S. App. LEXIS 24708 (9th Cir. 1983), app. after remand, 790 F.2d 760, 24 Env't Rep. Cas. (BNA) 1921, 16 Envtl. L. Rep. 20814, 1986 U.S. App. LEXIS 25306 (9th Cir. 1986), limited, Donnelly v. Glickman, 159 F.3d 405, 98 Cal. Daily Op. Service 7924, 98 D.A.R. 11013, 74 Empl. Prac. Dec. (CCH) ¶ 45574, 78 Fair Empl. Prac. Cas. (BNA) 724, 41 Fed. R. Serv. 3d (Callaghan) 1547, 1998 U.S. App. LEXIS 26870 (9th Cir. 1998).

Movant's motion is timely as this matter has not reached final resolution. I have an interest in this transaction because my claims involve the same transaction at issue here, President Trump's time as President.Movant is situated in such a way that a rejection of his motion impairs his ability to protect his interests. I may be precluded from bringing my own civil action. Additionally, as an indigent Pro Se litigant who had his appeal deemed "frivolous" by this Court in this case, I do not see why a case that was deemed frivolous by the trial judge can go to an appeal at all. The interests of this pro se litigant and others are at issue here and are not adequately protected by the parties. In fact, this might be a way for President Trump to preclude the Government from bringing any action against him since they did not bring a claim in this case. The US Government is not protecting my interests in this matter.

If this Court does not find that I have a right to intervene, I move for permission to intervene. Additionally, if the law is not in my favor it should change because anyone with an issue with 12(b)(6) or any other issue should be able to intervene since other Courts will quote those cases and you had no ability to protect your current or future interests.

For the above reasons, this Court should allow Movant's motion to intervene.

Take notice of my email address.

Respectfully submitted,

Jimmy Smith

66 French Avenue

Brockton, Ma 02301

617-579-7449

jabroni3166@gmail.com

/s/ Jimmy Smith

## CERTIFICATE OF SERVICE

I certify that, on the 1st day of March, 2023, I filed a copy of this Motion via the Court's electronic filing system.

/s/ Jimmy Smith

4