# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Court No 22cv10177

McCullough

v.

Roby, et al.

## MOVANT SMITH'S
## MOTION TO INTERVENE, MOTION TO EFILE IN THIS COURT AND TO BE ADDED AS AN INTERESTED PARTY[1]

**Plaintiff Smith notifies this Court that he was at Portsmouth Police Station[2] in Portsmouth Rhode Island on 04/15/2023**

Movant Smith now moves to intervene in this matter.

As an initial matter, Right of intervention under Rule 24 is ordinarily accorded under liberalized

---

[1] Roger Williams Law School shut down my school email after donating one dollar to Donald Trump to supposedly "win a chance to meet him".

[2] As well as Bristol Police Department in Bristol, Rhode Island in or around 04/14/2023. Plaintiff also visited the Boston Police Station Special Operations barracks on Warren Street near Malcolm X Boulevard and MLK Blvd on or around 04/14/2023. Plaintiff also visited the Boston Police Headquarters on 04/14/2023. Plaintiff also visited the Massachusetts State Police Barracks in South Boston in or around 04/16/2023. Plaintiff has visited Lee, Massachusetts, Groton Connecticut, Torrington Connecticut. Foxwoods Casino, Charlotte Hungerford Hospital, Mohegan Sun, Twin River Casino, Encore Boston, The Sportsbook Casino in New Hampshire, as well as the DoubleTree Hotel behind the Massachusetts State Police Barracks in South Boston on 04/15/2023. Lastly, Plaintiff visited the John F Kennedy Presidential Library on the UMass Boston campus on 04/15/2023 in or around 3am. I called UMass Boston Police to confirm I was there.

1

circumstances. See <u>Miller v. Amusement Enterprises, Inc</u>., 426 F.2d 534, 1970 U.S. App. LEXIS 9246 (5th Cir.

1970). Additionally, as Movant is Pro Se, my pleading must be construed liberally as well. See <u>Humphrey v.</u>

<u>Sec'y, U.S. Dep't of Homeland Sec.</u>, 597 F. App'x 571, 573 (11th Cir. 2014).

### MOVANT HAS STANDING

Movant has an independent basis for subject matter jurisdiction[3]. Movant is a citizen of Massachusetts

and Defendants are citizens of the same state but Movant has Federal Question jurisdiction over the color of law,

first amendment and other Constitutional questions..

### MOVANT MEETS THE FOUR PART TEST

"Four-part test for determining applications of right of intervention requires that applicant's motion be

timely, that applicant assert interest relating to property or transaction which is subject of action, that applicant be

so situated that without intervention disposition of action may as practical matter impair or impede ability to

protect interest, and that applicant's interest be inadequately represented by other parties" See <u>Sagebrush</u>

<u>Rebellion, Inc. v. Watt</u>, 713 F.2d 525, 20 Env't Rep. Cas. (BNA) 1290, 13 Envtl. L. Rep. 20928, 37 Fed. R. Serv.

2d (Callaghan) 473, 1983 U.S. App. LEXIS 24708 (9th Cir. 1983), app. after remand, 790 F.2d 760, 24 Env't

Rep. Cas. (BNA) 1921, 16 Envtl. L. Rep. 20814, 1986 U.S. App. LEXIS 25306 (9th Cir. 1986), limited,

Donnelly v. Glickman, 159 F.3d 405, 98 Cal. Daily Op. Service 7924, 98 D.A.R. 11013, 74 Empl. Prac. Dec.

(CCH) ¶ 45574, 78 Fair Empl. Prac. Cas. (BNA) 724, 41 Fed. R. Serv. 3d (Callaghan) 1547, 1998 U.S. App.

LEXIS 26870 (9th Cir. 1998).

Movant's motion is timely as this matter has not reached final resolution and discovery has not started.

Movant has an interest in the subject matter of this litigation as he has been arrested by Boston Police in the past.

Movant is also a black male. Movant has a claim against Boston Police for excessive force and showing of

---

[3] "Motions to intervene require independent basis for subject matter jurisdiction, so that intervenor must demonstrate
either federal claim or diversity; if intervenor lacks either one, he may demonstrate supplemental jurisdiction pursuant
to 28 USCS § 1367, but court cannot exercise supplemental jurisdiction over nondiverse party if he seeks to
intervene as plaintiff under FRCP 24 in claim based solely on diversity" See <u>Sunpoint Sec., Inc. v. Porta,</u> 192 F.R.D.
716, 13 Fla. L. Weekly Fed. D 251, 2000 U.S. Dist. LEXIS 5259 (M.D. Fla. 2000).

authority as well as indifference to an ongoing situation by upper management in the Boston Police. In or around

April of 2022 near the turn after McDonalds on "Mass and Cass" before you get on the highway Boston Police

allowed an atmosphere of crime. They allowed what can ony be called "Hamsterdam" named after an episode in

The Wire where Baltimore Police ignored crime in a certain area.

After about a week of trying to film Hamsterdam and sending videos to Michelle Wu, Mayor of Boston,

via Linkedin. Boston Police did something strange. I have done over 3 thousand delivered for Door Dash. Hell,

in Fall of 2019 to the beginning of the Pandemic I literally slept in a parking lot overlooking Mass and Cass. I

was homeless while in Law School. I did notice that Boston Police were around Mass and Cass 24/7. Literally.

They would do nothing but have their Emergency lights on but they would still be there.

In mid to late April of 2022, Boston Police tracked me via the GPS and location services in my phone (at

the time all people were tracked due to the Covid 19 Pandemic) and/or my posts on Linkedin. Boston Police then

either paid or allowed a couple of their paid informants to attack me with weapons. Suddenly there were zero

Police Cars on Mass and Cass. I drove to the McDonalds parking lot where a Police officer was just parked there

as always. Clearly I had a shattered windshield as the paid informants hit me with a golf club in the head and

then proceeded to smash my car which was parked all the way across the street. After I went right in front of the

Police Officer and reversed literally right next to him he said "Go away". I asked if I was bleeding and then

recorded live on Linkedin. He then put on that bright light at the top of Police Cars and then flashed a flashlight

into my camera. A white police officer who was clearly a sergeant came over and asked only if I wanted to press

charges. I said yes but then when I tried to start recording on Linkedin he ran away from the vehicle. He said "I

saw you drive over that median" right before that.

Prior to this District C-11 would always be at Mass and Cass. Randomly that day it was C-6. I then

literally searched for Police in Boston (again with a cracked windshield and side window totally smashed out)

and everytime I would park right in front of them or their vehicle they would tell me "go away". Mind you, I still

had blood flowing from my head.

3

I then drove to the State Police barracks in South Boston near that very dangerous rotary. Again, if you go right now there are going to be State Police officers in the parking lot of the barracks. No matter what time they will be there. So I go to the barracks and purposely park in the fire lane. I was there for maybe two hours and not one Massachusetts State Police vehicle came anywhere near the barracks or anywhere near the rotary. During this entire time I called the front desk of that station and said I'm outside illegally parked. The second I get out of my car and start walking to the front desk an ambulance comes by ran by one of my high school friends. They try to make me sign some document but he also mentions "new recruits" being with him. Those recruiters were being cross trained as EMS and Police Officers. I tried to read the document but they would not let me and instead signed it for me. The State Police Officer then tried to get in the ambulance and my high school friend said "he's good". Clearly there was a combination of agreements not to be at certain places at certain times and a refusal by Boston Police to do an investigation into a crime.

Finally, although this Court has noted that Plaintiff has prosecuted this case "as good" as some attorneys, this is simply not true. Plaintiff failed to respond to a 12(b)(6) motion to dismiss. If Plaintiff had counsel that would be grounds for ineffective assistance of counsel. As such, the current parties do not adequately represent my interests.

Movant has independent subject matter jurisdiction under color of law violations and other federal questions. Movant believes that if he were an elderly white woman that the actions would not be taken. Thus, but for his race Movant would not have lost interests he had in the "contract" with the City of Boston. It also could have been retaliation for complaining about Hamsterdam to the FBI hotline multiple times and tagging the FBI on Facebook. (I am a Law School graduate and my third and sometimes First degree connections are Judges, Attorneys, FBI agents etc.)

If this Court does not find that I have a right to intervene, I move for permission to intervene. Additionally, if the law is not in my favor it should change because anyone with an issue with 12(b)(6) or any other issue should be able to intervene since other Courts will quote those cases and a Plaintiff would have had

4

no ability to protect current or future interests.

For the above reasons, this Court should allow Movant's motion to intervene as a right or allow him to intervene. Alternatively, Movant asks this Court to add him as an interested party for the reasons set forth above.

Plaintiff also moves to be able to Efile in the United States District Court For The District of Massachusetts.

Respectfully submitted,

Jimmy Smith

66 French Avenue

Brockton, Ma 02301

617-579-7449

jabroni3166@gmail.com

**CERTIFICATE OF SERVICE**

I certify that, on the 12th day of April, 2023, I filed a copy of this Motion via US Mail and served this Motion electronically to all Counsel of record..